AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SEAN RODNEY ORTH,

      Petitioner,

V.

      JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00069-BES-VPC**

E.K. MCDANIELS, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice to the filing of a new petition in a new action on the Court's required Section 2254 form.

February 13, 2009                       **LANCE S. WILSON**
                                                              Clerk

                                                               /s/ Kalani Lizares
                                                               Deputy Clerk